**MEMORANDUM ENDORSED**

Law Offices Of
Donna R. Newman
Attorney At Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516
fax 212-676-7497
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

February 6, 2023

<u>Via ECF and Email</u>
The Honorable Gregory H. Woods
United States District Court Judge
For the Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2023

Re: *United States v. Francisco, Eddy Caminero*
    22 cr 522 (GHW)

Dear Judge Woods:

    I represent Eddy Caminero in the above referenced matter. I write to request that Mr. Caminero's conditions of bond be changed to all his travel to include the Northern District of New York. The Government consents to this change in Mr. Caminero's conditions of bond.

    Mr. Caminero appeared before the Honorable Magistrate Judge Jennifer Willis for his initial appearance and arraignment on the Indictment on Friday February 3, 2023. At that appearance, Mr. Caminero entered a plea of not guilty and is scheduled to appear before Your Honor for an initial pretrial conference this Thursday.[1] Judge Willis set a bond of $50,000.00 cosigned by two financially responsible suretors, home detention with GPS monitoring, and limitations of his travel to the Southern District and Eastern District of New York. She also ordered that Mr. Caminero could not reside in the Washington Heights area or set foot within ten blocks radius of that area. In as much as Mr. Caminero lived within Washington Heights, the conditions of bond mandated his finding a suitable residence outside Washington Heights and the ten block radius. His father has agreed to be a suretor and to allow Mr. Caminero to reside with him. He resides in Latham New York which is in the Northern District of New York. Pretrial Services has advised the conditions of bond must be amended to allow Mr. Caminero's travel to include the Northern District of New York where he will be under the supervision of that district's pretrial office. Accordingly, we respectfully request the Court "so order" this letter

---

[1] If the Court grants the requested amendment to the conditions of bond, we may request if possible the change of that date to the date that Mr. Caminero is brought to the Court to sign his bond.

which will effectively permit the requested amendment to Mr. Caminero's conditions of bond. All other conditions of the bond will remain in full force and effect.

Respectfully,
/s/
Donna R. Newman
cc: Izlia_Sanchez,USPT
    AUSA Ashley Nicholas
    Eddy Caminero

Application granted. The conditions of Mr. Caminero's pretrial release are modified as follows: Mr. Caminero may travel to the Northern District of New York. All other conditions of Mr. Camineros' pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 84.

SO ORDERED.

Dated: February 6, 2023
New York, New York

                GREGORY H. WOODS
             United States District Judge