**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 17. 2023

Email: WoodsNYSDChambers@nysd.uscourts.gov

The Honorable Gregory H. Woods
United States District Court Judge
For the Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *United States v. Francisco, Eddy Caminero, et al.*, 22-Cr-522 (GHW)

Dear Judge Woods:

      Please be advised that my client Eddy Caminero, will be voluntarily surrendering to the United States Marshal's Service on Tuesday April 18, prior to the now scheduled Court conference at 11:00.  My client advised that he desires to no longer be on bond and prefers to be detained pending trial or resolution of his case so that if convicted his time under detention will count towards any sentence Your Honor imposes.  Accordingly, a bond revocation is not necessary.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Andrew Jones
    AUSA Ashley.Nicolas
    AUSA Owen.Foley
    Eddy Caminero