```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                               :
UNITED STATES OF AMERICA,         :
                               :
                               :
           -v-                      :
                               :          1:22-cr-522-GHW-15
                               :
EDDY CAMINERO,                      :          <u>ORDER</u>
                               :
                           Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        A proceeding with respect to defendant Eddy Caminero is scheduled for April 17, 2023, at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties are directed to appear at that date and time.

        SO ORDERED.

Dated:  April 16, 2023
          New York, New York

                                                             _____
                                                             GREGORY H. WOODS
                                                           United States District Judge