USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-                    1:22-cr-522-GHW-15

    EDDY CAMINERO,                ORDER

                                Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The hearing scheduled to take place with respect to defendant Eddy Caminero on April 17, 2023 is adjourned to April 18, 2023 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear at that date and time.

      SO ORDERED.

Dated: April 16, 2023
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge