UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/18/2023
```

United States of America

v.

EDDY CAMINERO,
a/k/a "Malibu,"

               *Defendant.*

**Order Revoking Bond**

**S1 22 Cr. 522 (GHW)**

Upon the application of the defendant, Eddy Caminero by and through his counsel, Donna R. Newman, Esq. the Court hereby finds and orders as follows:

WHEREAS the defendant was charged in Indictment S1 22 Cr. 522 (GHW) in two counts with narcotics trafficking conspiracy, in violation of 21 U.S.C § 846, and carrying, using, and possessing a firearm, in violation of 18 U.S.C. § 924(c);

WHEREAS the defendant was arrested on February 2, 2023, made an initial court appearance on February 3, 2023;

WHEREAS, at the initial appearance, the Government sought defendant's detention, which defendant opposed detention and made a bail application for his pretrial release;

WHEREAS, the Court granted defendant's application and defendant was ordered released on a $50,000 personal recognizance bond, with conditions including home detention, and GPS monitoring;

WHEREAS the defendant has moved through counsel to revoke his bond and to issue an order detaining defendant pretrial pending trial ;

1

It is hereby ORDERED that the defendant shall be remanded to the custody of the United States Marshals Service pending trial in this matter;

It is further ORDERED that the defendant shall surrender to the United States Marshals Service at 500 Pearl Street, New York, NY 10007 on April 18, 2023, before 12:00 PM.

SO ORDERED:

Dated: New York, New York
April 18, 2023

THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE