UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

EDDY CAMINERO,
  a/k/a "Malibu," and
TEAMO EBRON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X:

**UNSEALING ORDER**

S2 22 Cr. 522 (GHW)

      Upon application of the United States of America, by and through Assistant United States Attorneys Ashley C. Nicolas and Andrew W. Jones, it is hereby ORDERED that Superseding Indictment S2 22 Cr. 522 (GHW) in the above-captioned case, which was filed under seal on April 25, 2023, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       April 27, 2023

                                      HONORABLE GREGORY H. WOODS
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK