| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br><br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDDY CAMINERO, and<br>TEAMO EBRON,<br>                                        Defendants.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/4/2023<br><br>1:S2 22-cr-522-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A proceeding with respect to defendants Eddy Caminero and Teamo Ebron is scheduled for May 9, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 4, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge