```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                 -v-                                          :
                                                              :
                                                              :
    EDDY CAMINERO,                                            :
                                                              :
                                            Defendant.        :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024

1:22-cr-522-GHW-15

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding with respect to defendant Eddy Caminero is scheduled for April 17, 2024, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge