```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,           :
                                        :
            -against-                   :
                                        :
    EDDY CAMINERO,                      :        1:22-cr-522-GHW-15
                                        :
                    Defendant.          :        ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2024

GREGORY H. WOODS, United States District Judge:

The hearing currently scheduled for July 25, 2024 at 10:00 a.m. is rescheduled. The hearing will take place on August 28, 2024 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than August 14, 2024. The Government's sentencing submissions are due no later than August 21, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 377.

SO ORDERED.

Dated: July 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge